# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Auto-Owners Insurance Company, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1-17-cv-231 |
| DW Excavating, Inc.; Stenehjem ) | |
| Development, LLC; KLC of Willmar, Inc.; ) | |
| and Travelers Insurance Company, ) | |
| d/b/a Travelers Insurance, ) | |
| ) | |
| Defendants. ) | |

Before the court is a stipulation for an extension of time to file an answer/responsive pleading on behalf of The Charter Oak Fire Insurance Company. (Doc. No. 10). In the stipulation, the parties note the pleadings currently before the court misidentify Travelers Insurance Company as a defendant when the correct party should be The Charter Oak Fire Insurance Company. The stipulation seeks to extent The Charter Oak Fire Insurance Company's deadline to answer or otherwise respond in this matter until December 21, 2017.

The court **ADOPTS** the parties' stipulation. (Doc. No. 10). The Charter Oak Fire Insurance Company shall have until December 21, 2017, to file its answer or other responsive pleading. The parties should also file documentation correcting the erroneous inclusion of Travelers Insurance Company in The Charter Oak Fire Insurance Company's stead as a defendant.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court